BURKE et al. v. H. CLAUSEN & SONS BREWING CO. (Circuit Court of Appeals, Second Circuit. December 8, 1903.) No. 90. Appeal from the Circuit Court of the United States for the Southern District of New York. Abraham Benedict and Moses Weinman, for appellant. Edmund Wetmore, for appellees. Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. We are convinced that the labels and capsule, in the collocation in which they appear on the appellant's bottles, constitute an infringement of the appellees' capsule and labels. In view of the comprehensive character of the injunction order, we deem it prudent to add that we do not wish to be considered as holding that the appellant's labels per se infringe. If these labels were used separately, or collocated in dissimilar environments, a different question would arise, regarding which, at this time, we express no opinion. The order is affirmed, with costs.

---

CIMIOTTI UNHAIRING CO. et al. v. SCHULANG. (Circuit Court of Appeals, Second Circuit. October 29, 1903.) No. 11. Appeal from the Circuit Court of the United States for the Southern District of New York. Theodore B. Chancello, for appellant. Louis C. Raegener, for appellees. Before WALLACE, TOWNSEND, and COXE, Circuit Judges. No opinion. Order reversed in open court.

---

The KESTOR. (Circuit Court of Appeals, Third Circuit.) Appeal from the District Court of the United States for the District of Delaware. Charles M. Curtis, for appellant. J. Hill Brinton, for appellee.

PER CURIAM. This cause came on to be heard on the transcript of record from the District Court of the United States for the District of Delaware, and on motion of Charles M. Curtis, Esq., of counsel for appellant, it is now here ordered, adjudged, and decreed by this court that the appeal from the said District Court be, and it is hereby, dismissed at the costs of appellant. See 110 Fed. 432.